FILED
FEB 15 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **4:17CR084 AGF/DDN** |
| QUONTRE THOMAS, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 1, 2016, in Saint Louis County, within the Eastern District of Missouri,

**QUONTRE THOMAS,**

the Defendant herein, having been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney